**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:22-cv-24039-KMM

DOUG LONGHINI,

Plaintiff,

v.

ALIGNED BAYSHORE MARINA LLC,
ALIGNED BAYSHORE RAW BAR LLC
D/B/A MONTYS RAW BAR and COCONUT
GROVE F&B LLC D/B/A MONTYS AT
COCONUT GROVE,

Defendants.

_______________________________/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. Civ. P. 41(a)(1), Plaintiff, DOUG LONGHINI, by and through his undersigned counsel, hereby dismiss Defendant, ALIGNED BAYSHORE RAW BAR LLC D/B/A MONTYS RAW BAR, with Prejudice.

Dated this January 26, 2023.

Respectfully Submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, FL 33134
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com;
dramos@lawgmp.com

By: */s/ Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No.: 535451

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on January 26, 2023.

Respectfully Submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, FL 33134
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com; dramos@lawgmp.com

By: */s/ Anthony J. Perez*________
ANTHONY J. PEREZ