**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE: 1:22-cv-24039-KMM

DOUG LONGHINI,

Plaintiff,

v.

COCONUT GROVE SMI LLC,
ALIGNED BAYSHORE RAW BAR LLC
D/B/A MONTYS RAW BAR AND COCONUT
GROVE F&B LLC D/B/A MONTYS AT
COCONUT GROVE,

Defendants.
_______________________________/

**JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE**

Plaintiff, DOUG LONGHINI, ("Plaintiff"), and Defendants, COCONUT GROVE SMI LLC and COCONUT GROVE F&B LLC D/B/A MONTYS AT COCONUT GROVE ("Defendants"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on September 5, 2023.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No. 535451
GARCIA-MENOCAL & PEREZ, P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553- 3464

/s/ *Richard Hunt*
RICHARD HUNT
Florida Bar No. 10288700
HUNT HUEY PLLC
3010 Mountain Ash Court
Garland, Texas 75044
Telephone: (214) 641-9182

Email: ajperez@lawgmp.com
*Counsel for Plaintiff*

E-mail: rhunt@hunthuey.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on September 5, 2023.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Fax: (855) 205-6904
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com; jreyes@lawgmp.com

By: *___/s/ Anthony J. Perez________*
ANTHONY J. PEREZ
Florida Bar No.: 535451